## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

  v.

Ihenvbiru Frank Iyamu,

      Defendant.

**ORDER**
Criminal No. 18-87(1) ADM/KMM

___

Ihenvbiru Frank Iyamu, pro se.

___

      This matter is before the undersigned United States District Judge for a ruling on Defendant Ihenvbiru Frank Iyamu's ("Iyamu") Motion for Compassionate Release [Docket No. 161].

      This is Iyamu's second motion for a compassionate release sentence reduction under 18 U.S.C. § 3582(c)(1)(A). His first motion was denied on June 30, 2020. See Mem. Op. Order [Docket No. 160]. In denying Iyamu's first motion, the Court held that "Iyamu's generalized fear of contracting the virus does not amount to extraordinary and compelling circumstances" warranting a sentence reduction. Id. at 3. The Court also found that the sentencing factors in 18 U.S.C. § 3553(a) weigh against reducing Iyamu's sentence. Id. at 3–4.

      Nothing in Iyamu's second motion alters the Court's conclusion that a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) is not warranted.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Ihenvbiru Frank Iyamu's Motion for Compassionate Release [Docket No. 161] is **DENIED.**

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated: November 24, 2020